# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL, | No.  2:19-cv-1415 MCE CKD P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| DAVID BAUGHMAN, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the court's April 7, 2020, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 17) is granted; and

2. Petitioner's objections to the court's April 7, 2020 findings and recommendations are due within 30 days from the date of this order.

Dated:  May 7, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/kly
hill1415.111